3:15-cr-307-M (13)

Dec 26th 2019

RECEIVED
DEC 31 2019
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Honorable Judge Barbara Lynn,

My name is Nicole. I was sentenced by you in Aug 2016 to serve 188 months to run concurrent w/ my 20 yr TDCJ sentence. I finally made parole after almost 4 yrs July 2015 - April 2019 and am currently at Aliceville Camp in Alabama. When I was given my time sheet none of my time on state is showing. My attorney Robert O. Jenkins did not give me any of my sentencing paperwork. I am trying to get my time corrected. How can I get my sentencing & Judgement papers so I can prove you ordered it to be ran concurrent? Even if I have to pay for it but I need to know how to go about this. Thank you for your time and consideration.

Sincerely,
Nicole Leedy

Nicole Leedy 49891-177
SPC Aliceville
PO BOX 487
Aliceville, AL 35442

⇔49891-177⇔
Nicole Leedy
PO BOX 487
Satellite Prison camp
Aliceville, AL 35442
United States

X-RAY

⇔49891-177⇔
Earle Courthouse
Judge Barbara Lynn
1100 Commerce ST
Dallas, TX 75242
United States

75242-106097

BIRMINGHAM AL 350
27 DEC 2019 PM 1 L



FOREVER USA

# United States District Court
## Northern District of Texas

*Dallas Division*

1/2/2020

Nicole Leedy
#49891-177
SPC Alicville
P.O. Box 487
Aliceville, AL 35442

Re: Your correspondence received in the U.S. District Clerk's Office on 12/31/2019
Case No./Style: 3:15-cr-00307-M-13

Ms. Leedy,
Enclosed you will find the requested courtesy copy of the judgment. Please be aware that all future copy requests require prepayment of the copy expense, currently $0.50 per page.

Sincerely,

Deputy Clerk - yp