Dear Court Clerk,     11/3/20

RECEIVED NOV 10 2020 SR CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

Can you please send me an updated court docket? Please and thank you.

Respectfully,
Nicole Leedy

Nicole Leedy
49891-177
Aliceville SPC
PO BOX 487
Aliceville, AL
35442



Nicole Leedy 49891-177
Aliceville Satellite Prison Camp
P.O. Box 487
Aliceville, AL 35442

BIRMINGHAM AL 350
4 NOV 2020 PM 2 L

NOV 10 2020

U.S. Dept of Justice
Judge Barbara Lynn's Court Clerk
1100 Commerce Street
Dallas, TX 75242

75242-131699

# United States District Court
## Northern District of Texas

*Dallas Division*

November 12, 2020

Nicole Leedy
#49891-177
BOP Aliceville FCI - Camp
PO BOX 487
Aliceville, AL 35442

Re: Your correspondence received in the U.S. District Clerk's Office on November 10, 2020
Case No./Style: 3:15-CR-307-M-13; USA v. Longoria et al

Ms. Leedy,

Please find enclosed a courtesy docket sheet in reference to the case listed above.

Sincerely,

Deputy Clerk - SRE