Nicole Leedy #49891-177
SPC Aliceville
P.O. Box 487
Aliceville, AL. 35442

Nov. 30th, 2020

Clerk of Court
Dallas Court/Northern District
1100 Commerce
Dallas TX 75242



Dear Clerk,

Good afternoon,

    Attached is a motion seeking permission to file for a recommendation by my sentencing judge to be transferred to home confinement. Please file this on my case. And also please find a self addressed envelope where I am seeking a document that is on my docket that I need court file stamped. It is the last document filed RULE 36. Will you please send me a copy of it.

Thank you so much for your time.

Sincerely,

*Nicole L Leedy*

Nicole Leedy.

49891-177
Nicole Leedy
PO BOX 487
Satellite Prison camp
Aliceville, AL 35442
United States

75242-102799

BIRMINGHAM
1 DEC 2020 PM

DEC - 8 2020

United States District Court
Attn: Honorable Judge Barabra Lynn
1100 Commerce
Dallas, TX 75242

# United States District Court
## Northern District of Texas

*Dallas Division*

12/9/2020

Nicole Leedy #49891-177
BOP Aliceville FCI - Camp
PO BOX 487
Aliceville, AL 35442

Re: Your correspondence received in the U.S. District Clerk's Office on  12/8/2020
Case No./Style:  3:15-cr-00307-M-13

The BOP is responsible for computing a defendant's sentence. Attached is the Amended Judgment from your case. This is your most recent sentencing information. You are welcome to use this Amended Judgment when drafting a motion for the court.

Sincerely,

Deputy Clerk -  CT